UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, | CIVIL ACTION |
| Plaintiff, | File No.: 1:10-cv-01983 |
| v. | **Honorable George W. Lindberg, Judge** |
| **IMG PRODUCTS CORPORATION** and **JOHN PLANTON,** Individually, | **Honorable Maria Valdez, Magistrate Judge** |
| Defendants. | |

## SECRETARY OF LABOR'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

**HILDA L. SOLIS,** Secretary of Labor, United States Department of Labor, ("Secretary") hereby requests the Court enter a judgment by default against defendants, **IMG PRODUCTS CORPORATION** f/k/a **ILLINOIS MACHINING GROUP, ILLINOIS MACHINING GROUP INC.,** and **IMG PRODUCTS COMPANY** and **JOHN PLANTON,** Individually, (defendants). In support of this motion, the Secretary states as follows:

1. This case concerns violations of the Fair Labor Standards Act of 1938, as amended ("FLSA") (29 U.S.C. § 201 et seq.).

2. The complaint in this matter was filed on March 30, 2010.

3. On or about March 30, 2010, the Clerk of this Court issued Summons in this action directed to each defendant named herein.

4. In accordance with *Fed. R. Civ. P.* 4 on June 28, 2010, the United States Marshals Service served each defendant with a Summons and a copy of the Complaint. The executed service return forms were filed with the Clerk of this Court by the United States Marshals Service on August 5, 2010.

5. Defendants failed to file an answer or otherwise defend and on September 1, 2010 a default was entered against the defendants pursuant to *Fed. R. Civ. P. 55(a)*.

6. The Secretary requests the Court enter judgment against defendants in the amount of $51,956.10 which represents unpaid minimum wage and overtime compensation owed to their employees under 29 U.S.C. § 206 and § 207 and an additional $51,956.10 in liquidated damages pursuant 29 U.S.C. § 216(c) and *Walton v. United Consumers Club, Inc.,* 786 F.2d 303, 310 (7th Cir. 1986) (holding that double damages are the norm under the FLSA and single damages are the exception). The Secretary also seeks the entry of an injunction enjoining defendants from violating the minimum wage, overtime and recordkeeping provisions of the FLSA in the future.

7. In support of this motion, the Secretary submits a Declaration of the Investigator which is attached hereto and incorporated herein by reference as Exhibit A.

**WHEREFORE**, the Secretary respectfully requests the Court enter judgment against defendants as requested herein and grant such other just and proper relief deemed appropriate.

Respectfully submitted,

**M. PATRICIA SMITH**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

s/ Richard A. Kordys
**RICHARD A. KORDYS**
Attorney

Attorneys for **HILDA L. SOLIS**,
Secretary of Labor, United States
Department of Labor, Plaintiff

**P.O. ADDRESS:**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Eighth Floor
Chicago, Illinois 60604
Telephone: (312) 353-1219
kordys-richard@dol.gov;
sol-chi@dol.gov